UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| BILLIE JEAN MASSEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES ARMY, ) <br> ) <br> Defendant. ) | Case No. CV409-145 |

## REPORT AND RECOMMENDATION

Plaintiff Billie Jean Massey, pro se, filed this disability-employment discrimination case against the United States Army, doc. 1, and unsuccessfully moved for leave to proceed *in forma pauperis* (IFP) as well as for appointment of counsel. Doc. 2. She then paid the filing fee, doc. 3, but never served her Complaint within the 120 days that Fed. R. Civ. P. 4(m) commands. The Court thus directed her to show cause why it should not dismiss her case for violating Rule 4(m). Doc. 4. The Court then granted her motion for reconsideration, doc. 6, and provided her with additional instructions for litigating her case. Doc. 7. It gave her sixty more days within which she must serve the defendant under Fed. R. Civ.

P. 4(i). Her failure to comply, the Court warned, could result in dismissal without prejudice under Rule 4(m). *Id.* at 10.

Sixty days have come and gone. There has been *no* activity in this case since entry of that March 3, 2010 Order. Doc. 7. Accordingly, this case should be **DISMISSED WITHOUT PREJUDICE** under Rule 4(m).

**SO REPORTED AND RECOMMENDED** this  30th  day of August, 2010.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA